JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

VINCENT P. McCOWAN,      ) Case No. CV 19-6792-CAS (SP)

             Petitioner,   )

          v.        )       **JUDGMENT**

THE STATE OF CALIFORNIA,   )

            Respondent.   )

                         )

     Pursuant to the Memorandum and Order Dismissing First Amended Petition,

     IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed without prejudice.

DATED: October 28, 2019

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1